# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SARA SMITH,**

        Plaintiff,

-vs-                                       Case No. 6:05-cv-649-Orl-22JGG

**THE KRYSTAL COMPANY,**

        Defendant.

___

## ORDER

On July 11, 2005 Defendant filed a Motion to Compel Arbitration and to Stay Litigation Pending Arbitration (Doc. No. 12). Since Plaintiff is appearing *pro se*, she is advised that the granting of this motion would result in the stay of this litigation and possibly a final adjudication of this case which may foreclose subsequent litigation on the matter.

The Plaintiff shall respond to the Motion to Compel and to Stay Litigation Pending Arbitration on or before **August 3, 2005**. The failure to respond to the motion may result in the dismissal of this case for failure to prosecute under Local Rule 3.10. If the Plaintiff files a timely response, the motion will be taken under advisement and an order will be entered thereon without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 12, 2005.

DAVID A. BAKER
U.S. Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party